UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

                                  :        MAGISTRATE NO. 14-2508(DEA)

v.                                :

                                  :        ORDER

FRANKLIN BABECKI                  :

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __1st__ day of __May__, 2014,

ORDERED that ___LISA VAN HOECK___ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendants in the cause for the purpose of the Initial Appearance.

_____
Tonianne J. Bongiovanni
United States Magistrate Judge

UNITED STATES DISTRICT COURT