# UNITED STATES DISTRICT COURT

for the _____ DISTRICT OF _____ New Jersey _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>FRANKLIN BABECKI | ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL<br><br>CASE NUMBER:   14-2508(DEA)<br><br>CHARGING DISTRICTS<br>CASE NUMBER:   9:12-CR-637-SB-14 |

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the _____ District of   SOUTH CAROLINA  ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the   85 BROAD STREET, CHARLESTON, SC 29401  
Place and Address
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)   AS INSTRUCTED   on _____ .
Date and Time

_____
Signature of Judge

May 1, 2014                                  TONIANNE J. BONGIOVANNI, U.S.M.J.
Date                                          Name and Title of Judge